**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

Stephen Paul Collette
Stephen P Collette & Associates
605 W Olympic Blvd Ste 900
Los Angeles, CA 90015

NIXIE    900  DE 1    00 05/19/11
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 92101892965    *2262-02481-19-26