**.STRICT COURT**
_HN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

ELECTRONIC SERVICE REQUESTED



Aftab Alam Malik
Malik Law Offices
433 N Camden Dr Ste 600
Beverly Hills, CA 90210-4410

RECEIVED IN INTAKE
MAY 2 / 20..

NIXIE        900    DC 1        00 05
      RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSE
      UNABLE TO FORWARD
BC: 92101892965        *0362-04347