**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

ELECTRONIC SERVICE REQUESTED

MAY 27 2011

Donald Alan Yates
FCI Forrest City Camp
PO Box 8000
Forrest City, AR 72336

RETURN TO SENDER:
30 DAYS EXPIRED
INMATE NOT AT THIS INSTITUTION
NO AUTHORIZATION ON FILE
UNIDENTIFIABLE CONTENTS

NIXIE    381   DE 1        00 05/24
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 92101892965    *1247-04050-24